# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| THE IOWA FARM SACTUARY, an Iowa Non-Profit Corporation, and SHAWN CAMP, in her individual capacity,<br><br>*Plaintiff(s)*<br>v.<br><br>University of Missouri Veterinary Health Center, by and through the Curators of the University of Missouri, Columbia; Veterinary Health Center Interim Director JOAN COATES, in her official and individual capacity, and JANE DOE in her individual and official capacity,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.   **2:24-cv-04141** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Dr. Joan Coates, Interim Director
University of Missouri Veterinary Health Center
900 E. Campus Drive
Columbia, MO 65211

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jessica L. Blome (Missouri Bar No. 59710)
GREENFIRE LAW, PC
2748 Adeline Street Ste. A
Berkeley, CA 94703

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:   8/20/2024            *Melissa Warren*

                                                                                        *Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Joan Coates, Inter. Dir. Univ. of Mo Vet Health Cntr

was received by me on *(date)* Aug. 27, 2024

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Colondra Malveaux, Office Mngr, who is designated by law to accept service of process on behalf of *(name of organization)* University of Mo. Vet Health Cntr. on *(date)* August 29, 2024; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
- Complaint
- Civil cover sheet
- Summons
- Notice of mediation assessment assignment
- Notice of judicial reassignment
- Notice of consent to magistrate
- Mediation assessment Program general order

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: Aug 30, 2024

*Server's signature*

Bryan Liebhart, Private Process Server
*Printed name and title*

7752 S. Hillmere, Columbia, Mo
*Server's address*

AKEEM CHISCHOLM
Notary Public - Notary Seal
STATE OF MISSOURI
County of Boone
My Commission Expires 4/10/2028
Commission #24237125

09-30-24

Additional information regarding attempted service, etc: