IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| THE IOWA FARM SACTUARY, an Iowa non-profit corporation, and SHAWN CAMP, <br><br> Plaintiffs, <br><br> v. <br><br> UNIVERSITY OF MISSOURI VETERINARY HEALTH CENTER, by and through CURATORS OF THE UNIVERSITY OF MISSOURI, COLUMBIA, DR. JOAN COATES, D.V.M., in her official and individual capacity, DR. CELESTE MORRIS, D.V.M., in her official and individual capacity, and DR. JANE DOE, D.V.M., in her individual and official capacity, <br><br> Defendants. | ) ) ) ) ) ) ) Case No. 2:24-cv-04141-MDH ) ) ) ) ) ) ) ) ) ) ) |

## ORDER

Before this Court is Plaintiffs' Unopposed Motion for Leave to Amend the Complaint Joining Necessary Party and Suggestions in Support of the Motion. Pursuant to Federal Rules of Civil Procedure, Rule 15(a)(2), this Court orders as follows:

1. Plaintiffs' Unopposed Motion for Leave to Amend the Complaint Joining Necessary Party is GRANTED.

2. Exhibit 1 attached to Plaintiffs' Unopposed Motion will serve as the Amended Complaint in this action without requirement of further filing by Plaintiffs.

3. Defendants have no more than thirty (30) days from the date this order is entered within which to file an answer or otherwise respond to the Amended Complaint.

**IT IS SO ORDERED.**
Dated: February 7, 2025

                                                                               */s/ Douglas Harpool*
                                                                               **DOUGLAS HARPOOL**
                                                                               **UNITED STATES DISTRICT JUDGE**