*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*CENTRAL DIVISION*


**JUDGMENT IN A CIVIL CASE**


| | |
|---|---|
| **THE IOWA FARM SANCTUARY, an Iowa** ) | |
| **non-profit corporation, and SHAWN CAMP,** ) | |
| ) | |
| ) | |
| **vs.** ) | **Case No. 24-4141-CV-C-MDH** |
| ) | |
| **UNIVERSITY OF MISSOURI VETERINARY** ) | |
| **HEALTH CENTER, by and through** ) | |
| **CURATORS OF THE UNIVERSITY OF** ) | |
| **MISSOURI, COLUMBIA,** ) | |
| **DR. JOAN  COATES, D. V. M., in her official** ) | |
| **capacity and ) individual capacity,** ) | |
| **DR. CELESTE MORRIS, ) D.V.M., in her** ) | |
| **official and individual capacity,  and** ) | |
| **DR. JANE DOE, D.V.M., in her individual** ) | |
| **and official capacity,** ) | |


‾   Jury Verdict.   This action came before the Court for a trial by jury.  The issues have been
tried and the jury has rendered its verdict.

X   Decision by Court.  This action came to determination before the Court.  The issues have
been determined and a decision has been rendered.

It is **THEREFORE ORDERED**  Defendants' Motion to Dismiss for Failure to State a Claim and
Lack of Jurisdiction is GRANTED.

**IT IS SO ORDERED**.


 June 25, 2025                               Paige Wymore-Wynn
Date                                                Clerk of Court


Entered on: June 25, 2025                    s/Linda Howard
                                                       (By) Deputy Clerk